1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  JOHN HO
6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOHN HO, an individual,              ) | Case No.: 2:21-cv-07569-FMO-MAA
12 |            Plaintiff,                ) | **NOTICE OF CONDITIONAL**
13 |       vs.                            ) | **SETTLEMENT**
14 | SOUTH ATLANTIC INVESTMENT            ) | [Assigned to Hon. Fernando M. Olguin]
   | LLC, a limited liability company     ) |
15 |            Defendants.               ) |
16

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. The Parties anticipate that a settlement agreement will be finalized within 30 days. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: December 21, 2021

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

John Ho